FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KAREEMAH BELL-BOSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0889 |
| ) | |
| SIBLEY MEMORIAL HOSPITAL, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint does not explicitly identify a basis for this Court's jurisdiction and, as plaintiff does not identify herself as a member of a protected class, the complaint does identify a claim arising under the laws of the United States or otherwise provide sufficient information for the Court to discern a basis for its jurisdiction. Federal district courts also have jurisdiction over civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states. *See* 28 C.F.R. §1332(a). But here, although the parties appear to reside or conduct business in different districts, plaintiff does not establish diversity of citizenship by claiming that the matter in controversy exceeds $75,000. Accordingly, the Court will dismiss the complaint, without

prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: 5/8/08

/s/ Paul L. Friedman
United States District Judge