**FILED**
MAY 27 2008
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KAREEMAH BELL-BOSTON,         )
                              )
      Plaintiff,              )
                              )
v.                            )   Civil Action No. 08 0889
                              )
SIBLEY MEMORIAL HOSPITAL,     )
                              )
      Defendant.              )

### DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

_____
United States District Judge

Date: 5/8/08